IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KENNETH L. WALLER                                                              PLAINTIFF

VS.                                      CASE NO. 10-CV-4059

WARDEN G. TURNER, et al.,                                                  DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed on June 22, 2010 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 22). Fourteen (14) days have passed without objections being filed by the parties. The Court hereby adopts *in toto* the magistrate judge's findings and recommendations.

Accordingly, the Court finds that Defendant Nurse K. Williams's Motion to Dismiss (Doc. No. 19) should be and hereby is **denied**.

IT IS SO ORDERED, this 26th day of August, 2010.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge