IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KENNETH L. WALLER                                                                       PLAINTIFF

vs.                             Civil No. 4:10-cv-4059

WARDEN G. TURNER, et al.                                      DEFENDANTS

## **JUDGMENT**

      Before the Court is the Report and Recommendation filed August 24, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 36.) Judge Bryant recommends that Plaintiff's Motion for Injunction (Doc. 31) be denied. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Motion for Injunction is **DENIED**.

      **IT IS SO ORDERED**, this 6th day of October, 2010.

                                                                    /s/ Harry F. Barnes
                                                                    Hon. Harry F. Barnes
                                                                    United States District Judge